UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR D. SMITH, | ) | No. CV 16-7097 AG (FFM) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL A. HESTRIN (District Attorney Riv. Co.), | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: May 31, 2018

ANDREW J. GUILFORD
United States District Judge